**Opinion issued February 21, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00152-CV

_____

## IN RE BARBARA KIRCHNER, INDIVIDUALLY AND AS ADMINSTRATRIX OF THE CHARLES GAFFNEY ESTATE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Barbara Kirchner, Individually and as Administratrix of the Charles Gaffney Estate, has filed a petition for writ of mandamus, challenging the trial court's order denying her motion for continuance.[1]

We **deny** the petition for writ of mandamus.

---

[1] The underlying case is *Texas Farmers Insurance Co. v. Jerry Fallin et al.*, cause number 1998-25865, pending in the 127th District Court of Harris County, the Hon. R.K. Sandill presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.